■ JUNE A. CUTLER et al., Respondents, v TRAVELERS INSURANCE COMPANY et al., Appellants. EDWIN C. SMITH, Respondent, v HOME INDEMNITY COMPANY, Individually and on Behalf of Those Similarly Situated, Appellant. MICHAEL J. BURKE et al., Respondents, v FEDERAL INSURANCE COMPANY et al., Appellants. (Appeal No. 1.)—Appeal unanimously dismissed as moot without costs *(see, Cutler v Travelers Ins. Co.* [appeal No. 2] 159 AD2d 1014 [decided herewith]). (Appeals from order of Supreme Court, Erie County, Kasler, J.—class certification.) Present—Callahan, J. P., Denman, Boomer, Balio and Lowery, JJ.